HARRY S. CLARKE, Respondent, v. FREDERICK J. PETERS, Appellant.— Order

and judgment reversed upon the law and the facts, with ten dollars costs and disbursements, and motion for summary judgment denied, without costs, upon the ground that the pleadings present an issue to be tried. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.